**Order filed, February 14, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00959-CR
_____

**JULIO C CANAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1286982**

## ORDER

The reporter's record in this case was due **December 7, 2012**. *See* Tex. R. App. P. 35.1.  On December 11, 2012, this court granted the court reporters request for extension of time to file the record until January 9, 2013.  On January 11, 2013, this court granted a second request for extension of time to file the record until February 17, 2013.  To date, the record has not been filed with the court.  On

February 12, 2013, the court reporter filed another request for extension of time. The court **GRANTS** the third request and issues the following order.

We order **Gayle Reynolds and Tammy Adams**, the court reporters, to file the record in this appeal **on or before February 28, 2013. No further extensions will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gayle Reynolds and/or Tammy Adams** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM